# PD-1403-15

CAUSE NO.

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

BRIAN TAYLOR §
    APPELLANT §
§
VS. §         APPEAL NO.03-14-00173-CR
§
THE STATE OF TEXAS §
    APPELLEE §

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 9.3 OF THE
## TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGE OF THE SAID COURT OF CRIMINAL APPEALS:

COMES NOW, BRIAN TAYLOR, APPELLANT, PRO SE AND IN SUPPORT

OF THIS MOTION WILL SHOW THE FOLLOWING:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

I.

BEING INCARCERATED IN THE TDCJ-INSTITUTION OF THE BILL CLEMENTS

UNIT, AMARILLO. TEXAS. APPELLANT IS NOT AFFORDED ACCESS TO A PHOTO

COPIER TO MAKE ADDITIONAL COPIES OF FUTURE FILINGS WITH THIS COURT.

APPELLANT IS ALSO INDIGENT AND CANNOT AFFORD PURCHASES TO OBTAIN

CARBON MATERIALS TO CREATE COPIES.

WHEREFORE, PREMISES, CONSIDERED, APPELLANT PRAYS THIS HONORABLE

COURT GRANTS THIS MOTION TO SUSPEND RULE 9.3 OF THE RULE OF

APPELLATEEPROCEDURE AND TO ALLOW APPELLANT TO FILE AN ORIGINAL

PLUS THREE (3) COPIES OF FUTURE PROCEEDINGS. IT IS SO PRAYED.

RESPECTFULLY SUBMITTED

BILL CLEMENTS UNIT
9601 SPUR5591
AMARILLO TEXAS 79107


## CERTIFICATE OF SERVICE

I BRIAN TAYLOR, DO CERTIFY THAT A TRUE AND CORRECT COPY OF THE
FORGOING MOTION HAS BEEN SENT TO THE ATTORNEY FOR THE STATE,
MR. WILEY B. McAFEE, AT COURTHOUSE, P.O. BOX 725, LLANO, TEXAS
78643. AND THE PROSECUTOR FOR THE STATE AT P.O. BOX 12405, CAPITOL
STA., AUSTIN, TEXAS 78711-2505. BY U.S. MAIL, POSTAGE PREPAID,
FIRST CLASS.

EXECUTED ON THIS THE __20__ DAY OF _October_ 2015.


BRIAN TAYLOR #1919122
APPELLANT, PRO SE